## No. 4607.

CITY OF NEW ORLEANS v. MECHANICS AND TRADERS' INSURANCE COMPANY.

The syllabus in the following case, the city of New Orleans v. Crescent Mutual Insurance Company, No. 4485, is applicable to the present one; the two cases being identical.

APPEAL from the Superior District Court, parish of Orleans. Hawkins, J. George S. Lacey, City Attorney, for plaintiff and appellee. E. W. Huntington and J. Livingston, for defendants and appellants.

MORGAN, J. This case is identical with the case of the same plaintiff v. the Crescent Mutual Insurance Company.

For the reasons therein assigned, it is ordered, adjudged and decreed that the judgment appealed from be affirmed, with costs.

Rehearing refused.